1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

8       UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. SACR 07-203 CJC |
|---|---|---|---|
| 12 | Plaintiff, | ) | ORDER OF DETENTION |
| 13 | v. | ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| 14 | JAMES ERNEST MOYA, | ) | |
| 15 | Defendant. | ) | |

16

17        The defendant having been arrested in this judicial district pursuant to a warrant
18   issued by the Honorable Cormac J. Carney, United States District Judge, for an alleged
19   violation of the terms and conditions of the defendant's supervised release; and
20        The Court having conducted a detention hearing pursuant to Federal Rule of
21   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:
22   A.   (X)   The defendant has not met his burden of establishing by clear and convincing
23              evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or
24              (c). This finding is based on the defendant's lack of bail resources, lack of a
25              stable residence, and the nature of the charged offense, which indicates the
26              defendant is unlikely to comply with conditions of release; and
27   ///
28   ///

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: April 22, 2013

                                           /s/   Arthur Nakazato
                                          ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE