FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR 07-203-CJC |
| JAMES ERNEST MOYA DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defense counsel__, IT IS ORDERED that a detention hearing is set for __Thursday, December 12__, __2013__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jean P. Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/10/13__

_____ JEAN P. ROSENBLUTH
U.S. ~~District Judge~~/Magistrate Judge

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT   Page 1 of 1