O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>      Plaintiff,  )<br>           )<br>  vs.       )<br>           )<br>  James Ernest Moya,  )<br>           )<br>      Defendant.  )<br>_____) | Case No.: SACR 07-00203-CJC-2<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

      The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

      The Court finds that:

A.    (✓)   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>bail resources unknown, immediate/recent back-</u>

1  ground information unknown, nature of the present
2  allegations as well as underlying crime
3
4  and/or
5  B.   (X)   The defendant has not met (his)/her burden of establishing by
6       clear and convincing evidence that (he)/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on:  prior supervised release violation
10           criminal history
11           history of committing new offenses while
12           on release
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   12/12/13                    /s/ Jean Rosenbluth
                                         JEAN ROSENBLUTH
18                                       U.S. MAGISTRATE JUDGE

2